893 A.2d 68

Steve AUSTIN, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF CORRECTIONS c/o Brzozowski, Appellees.

Supreme Court of Pennsylvania.

Feb. 15, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of February, 2006, probable jurisdiction is noted and the order appealed is affirmed.